No. 03–9260. DYE v. OZMINT, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–9279. WILLIAMS v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 03–9280. WALKER v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 03–9282. THOMAS v. SCHWARZENEGGER, GOVERNOR OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 03–9293. ALDER v. BURT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–9314. ROBINSON v. CONWAY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 03–9324. MOORE v. GRANT ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–9341. BRANCH v. BUTLER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–9358. GLASS v. BROADWAY ELECTRIC SERVICE, INC. C. A. 6th Cir. Certiorari denied.

No. 03–9373. FIELDS v. BOARD OF MANAGERS OF THE HIDDEN GLEN CONDOMINIUM ASSN. ET AL. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 03–9375. GAMIERE v. KAYKO ET AL. Ct. App. Ohio, Trumbull County. Certiorari denied.

No. 03–9376. HOLTERMAN v. MORROW, SUPERINTENDENT, OREGON STATE CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 03–9410. MARLER v. HALL, WARDEN. C. A. 9th Cir. Certiorari denied.